UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOTICE OF MOTION

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 28 2020

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

To: See attached service list.

PLEASE TAKE NOTICE that on November 2, 2020 at 9.m./p.m., I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in Judge Cox's place, and present the motion of Removing Semrad Law Firm form case so Keenan Brown may represent himself as pro si litigant a copy of which is attached.

This motion will be presented and heard electronically using Zoom for Government.

No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

To appear by video, (1) use this link: https://www.zoomgov.com/. (2) Enter the meeting ID 1612732896. (3) Enter the passcode 778135.

To appear by telephone, (1) call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. (2) Enter the meeting ID 1612732896. (3) Enter passcode 778135.

If you object to this motion and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may call the matter regardless.

Keenan Brown

Respectfully Submitted,

Pro Se Litigant, Keenan Brown

Dated: October 27th 2020

P.O. Box 154

Bolingbrook, IL 60412

Phone: 312-978-2385

CERTIFICATE OF SERVICE

I, Keenan Brown certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on October 27th 2020 a.m./p.m.

## UINTED STATE BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS

Keenan R. Brown )
) Case No.20-10024
)
) Judge:Jacqueline P. Cox
)
)
)

## MOTION TO REMOVE LAWYERS FROM CASE AND TO PROCEED AS PRO SI LITIGANTS

**I would like to come before honorable judge Jacqueline P. Cox** state my reason to why I'm dropping my lawyer from my case. After careful consideration of my case I have determined that it's best to end my attorney Semrad Law Firm, LLC relationship effective immediately. I would like to continue this case by representing himself as the Pro se litigant.

Keenan has realized his debt is way less than paying his attorney to represent him.

I myself has never spoke with attorney since the date of filling for bankruptcy

My decision comes after realizing that attorney is not reachable as well is overpriced

I'm willing to pay off the debt I owe and began my journey as I need a place to lay my head and no one will approve me for apartment while in open bankruptcy or until is paid off and discharge.

Overall, I want proceeded as Pro si litigant to represent myself and pay off the **Ten percent** of debt to begin a healthy chapter in my thank you judge.

Respectfully Submitted,

Pro Se Litigant, Keenan Brown

Dated: October 27th 2020

P.O. Box 154

Bolingbrook, IL 60412

Phone: 312-978-2385